UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8054-WM

UNITED STATES OF AMERICA

vs.

ANGEL ALBERTO FLORES-MARTINEZ,
aka "Carlos Manuel Montoya-Aguilar,"

Defendant.
_____/

FILED BY SP D.C.

Feb 22, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  Yes ___  No _X_

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___  No _X_

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  Yes ___  No _X_

4. Did this matter originate from a matter pending in the Northern or Southern Region of the United States Attorney's Office prior to November 23, 2020 (Judge Aileen M. Cannon)?  Yes ___  No _X_

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: _____Matt Osborne_____
for Susan Osborne
Assistant United States Attorney
Court No. A5500797
500 South Australian Ave, Suite 400
West Palm Beach, Florida 33401
TEL (561) 209-1003

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ANGEL ALBERTO FLORES-MARTINEZ, a/k/a<br>"Carlos Manuel Montoya-Aguilar,"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  22-8054-WM<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 19, 2022__ in the county of __Palm Beach__ in the
__Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code,<br>Sections 1326(a) and (b)(1) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Task Force Officer, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (Facetime)
pursuant to Fed. R. Crim. P. 4(d) and 4.1 this:

Date: __February 22, 2022__

_____
*Judge's signature*

City and state: __West Palm Beach, FL__      William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ANDY KORZEN
### UNITED STATES DEPARTMENT OF HOMELAND SECURITY
### IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI), and a Deportation Officer with Immigration and Customs Enforcement, and have been so employed for over eighteen years. I am currently assigned to HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Angel Alberto FLORES-MARTINEZ, also known as Carlos Manuel MONTOYA-AGUILAR, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

3. On or about February 19, 2022, Angel Alberto FLORES-MARTINEZ was arrested in Palm Beach County, Florida on charge of domestic battery. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Angel Alberto FLORES-MARTINEZ is a native and citizen of Honduras. Records further show that on or about June 27, 2002, Angel Alberto FLORES-MARTINEZ was

1

voluntarily removed to Mexico, as at that time he falsely claimed Mexican citizenship.

5. Thereafter, Angel Alberto FLORES-MARTINEZ re-entered the United States illegally, and on or about January 8, 2003, was ordered removed. The Order of Removal was executed on or about April 30, 2003, whereby Angel Alberto FLORES-MARTINEZ was removed from the United States and returned to Honduras.

6. Thereafter, Angel Alberto FLORES-MARTINEZ re-entered the United States illegally and was removed and returned to Honduras on three additional separate occasions, on or about the following dates: July 8, 2004, April 15, 2010, and October 7, 2019.

7. Records further show that on or about April 26, 2004, in the United States District Court, Southern District of Texas, Angel Alberto FLORES-MARTINEZ was convicted of the offense of illegal entry.

8. Further review of the records shows that on or about September 18, 2019, in the United States District Court, Southern District of Florida, Angel Alberto FLORES-MARTINEZ was convicted of the felony offense of illegal reentry.

9. Angel Alberto FLORES-MARTINEZ's fingerprints taken in connection with his February 19, 2022 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is Angel Alberto FLORES-MARTINEZ.

10. A record check was performed in the Computer Linked Application Informational Management System to determine if Angel Alberto FLORES-MARTINEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Angel Alberto FLORES-MARTINEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

11. Based on the foregoing, I submit that probable cause exists to believe that, on or about February 19, 2022, Angel Alberto FLORES-MARTINEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __22nd__ day of February 2022.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANGEL ALBERTO FLORES-MARTINEZ, aka "Carlos Manuel Montoya-Aguilar,"

**Case No:** _____

Count #: 1

    Illegal re-entry after deportation

    Title 8 U.S.C. §§ 1326(a) and (b)(1)

\* **Max. Penalty:** 10 years of imprisonment; 3 years of supervised release; a $250,000 fine, and a mandatory $100 special assessment